UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>vs.<br><br>PROMATIS CORPORATION 401(k) PLAN, an employee pension benefit plan,<br><br>Defendant. | Case No. 06-00633 JSW<br><br>ORDER SETTING AMENDED CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |
|---|---|

The Court has considered the Plaintiff's Ex Parte Miscellaneous Administrative Request to Amend Case Management Schedule, and for good cause shown, approves the following Amended Order Setting Case Management Conference and ADR Deadlines:

7/17/2006 Last Day to: meet and confer re: initial disclosures, early settlement, ADR Process Selection, and discovery plan; file joint ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference

7/31/2006 Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report

8/11/2006 CASE MANAGEMENT CONFERENCE (CMC) In Courtroom 2, 17th floor at 1:30 PM

**IT IS SO ORDERED.**

Dated: April 21, 2006

_____
JEFFREY S. WHITE
United States District Court

- 1 -