|  |  |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>vs.<br><br>PROMATIS CORPORATION 401(k) PLAN, an employee pension benefit plan,<br><br>Defendant. | Case No. 06-00633 JSW<br><br>ORDER APPROVING APPLICATION TO SERVE THE CALIFORNIA SECRETARY OF STATE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The Court has considered the Plaintiff's Ex Parte Application to Serve the California Secretary of State and for Relief from FRCP 4(m), and for good cause appearing: **IT IS ORDERED**:

1. That the Secretary of State accept service on behalf of Promatis Corporation, which has been doing business in the state of California but has a designated agent that cannot with reasonable diligence be found at the address designated for personally delivering process; and

2. That the Secretary of State shall promptly give notice to the above-referenced corporation of the service of process of the claim filed against it. The address for service of process is 3223 Crow Canyon Road, Suite 310, San Ramon, California 94583.

3. The Summons and Complaint shall be served on the Secretary of State by the Plaintiff not later than 30 days from the date of this Order.

Dated: April 27, 2006

_____
JEFFREY S. WHITE
United States District Court

- 2 -