United States District Court
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  ELAINE L. CHAO and UNITED STATES
   DEPARTMENT OF LABOR,
10                                           No. C 06-00633 JSW
              Plaintiffs,
11
      v.
12                                           **ORDER REFERRING MOTION**
   PROMATIS CORPORATION,                     **TO MAGISTRATE JUDGE**
13
              Defendant.
14  _____/
15       Pursuant to Local Rule 72-1, the motion for default judgment filed by Plaintiffs Elaine
16
   L. Chao and United States Department of Labor, in the above captioned matter is HEREBY
17
   REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation.
18
   The hearing date noticed for August 18, 2006 is HEREBY VACATED.
19
20
         **IT IS SO ORDERED.**
21
22
   Dated:  July 25, 2006
23                                           _____
                                             JEFFREY S. WHITE
24                                           UNITED STATES DISTRICT JUDGE
25
26  cc: Wings Hom
27
28