UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PROMATIS CORPORATION 401(k) PLAN, an employee pension benefit plan,<br><br>　　　　　　　　　　Defendant. | Case No. 06-00633 JSW<br><br>ORDER REGARDING CASE MANAGEMENT CONFERENCE |

The Case Management Conference is hereby continued from August 11, 2006 to ___December 29, 2006 at 1:30 p.m.___.

**IT IS SO ORDERED.**

Dated: July 31, 2006

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1