**United States District Court**
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO and UNITED STATES DEPARTMENT OF LABOR,<br><br>   Plaintiffs,<br><br>   v.<br><br>PROMATIS CORPORATION,<br><br>   Defendant.<br>_____/ | No. C 06-00633 JSW<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

This matter comes before the Court upon consideration of Magistrate Judge LaPorte's Report and Recommendation re Plaintiff's Motion for Default Judgment. Having considered Magistrate Judge LaPorte's Report and Recommendation, and the lack of objections filed thereto, the Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

**IT IS SO ORDERED.**

Dated: September 28, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE